IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2065-WYD-MEH

COBBLER NEVADA, LLC,

      Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 13,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,
JOHN DOE 21,
JOHN DOE,

      Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Case (ECF

No. 34) without prejudice, filed on March 18, 2016.  None of the remaining Defendants

have filed an Answer or a Motion for Summary Judgment in this matter.  After careful

review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, this action shall be **DISMISSED WITHOUT**

**PREJUDICE**.  Accordingly, it is

ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** against

Defendants, John Does 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,

and John Doe.  The Clerk of the Court is directed to close this case.

Dated: March 21, 2016.


BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge